

IN THE
TENTH COURT OF APPEALS

No. 10-16-00136-CR

MARCUS DEWAYNE MCGEE,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 14-02774-CRF-85

MEMORANDUM OPINION

On June 3, 2016, Marcus Dewayne McGee's counsel filed a motion to dismiss his

appeal. *See* TEX.R.APP.P. 42.2(a). The motion to dismiss is not signed by McGee as

contemplated by Rule 42.2. However, McGee's attorney attached a letter written by

McGee which states, "you have my consent to cancel my appeal immediately." McGee's

clear indication of his desire to abandon the appeal provides a sufficient basis for this

Court to dismiss the appeal.  *See Hendrix v. State*, 86 S.W.3d 762 (Tex.App. – Waco 2002,

no pet.).

The motion is granted, and the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed June 15, 2016
[CR25]

